1  PATRICK H. HICKS, ESQ., Bar # 4632
   KAITLYN M. BURKE, ESQ., Bar #13454
2  DONALD W. MYERS, ESQ., Pro Hac Vice
   LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway
   Suite 300
4  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
5  Fax No.:        702.862.8811
   Email:  phicks@littler.com
6  Email:  kmburke@littler.com
   Email:  dwmyers@littler.com
7
   Attorneys for Plaintiff
8  ARIA RESORT AND CASINO, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARIA RESORT AND CASINO, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MI MORSE, an individual, NEVADA PROPERTY 1, LLC, a Delaware limited liability company, d/b/a The Cosmopolitan of Las Vegas, DOES I-X, inclusive, and ROES I-X, inclusive,<br><br>Defendants. | Case No.: 2-16-cv-03016-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff, ARIA RESORT AND CASINO, LLC (hereinafter "Plaintiff") and Defendants MI MORSE and NEVADA PROPERTY 1, LLC (hereinafter jointly referred to as "Defendants"), hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated: January 27, 2017                                   Dated: January 27, 2017

Respectfully submitted,                                   Respectfully submitted,

/s/ Patrick H. Hicks, Esq.                                /s/ Daniel Marks, Esq.
PATRICK H. HICKS, ESQ.                                    ADAM LEVINE, ESQ.
KAITLYN M. BURKE, ESQ.                                    DANIEL MARKS, ESQ.
DONALD W. MYERS, ESQ.                                     LAW OFFICE OF DANIEL MARKS
LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                                   Attorneys for Defendant
ARIA RESORT AND CASINO, LLC                               MI MORSE

Dated: January _____, 2017

Respectfully submitted,


**/s/ Gregory J. Kramer, Esq.**
GREGORY J. KRAMER, ESQ.
R. TODD CREER, ESQ.
KAITLIN H. ZIEGLER, ESQ.
KAMER ZUCKER ABBOTT

Attorneys for Defendant
NEVADA PROPERTY 1, LLC

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court
DATED: __1/30/17._____

Firmwide:145285380.2 060736.1123

2.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800